BRIAN QUINN
 Chief Justice

 JAMES T. CAMPBELL
 Justice

 MACKEY K. HANCOCK
 Justice

 PATRICK A. PIRTLE
 Justice | |Court of Appeals

 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us | |
 PEGGY CULP
 CLERK

 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540

 (806) 342-2650 | |
 July 1, 2008

|David W. Holmes | |
|Attorney at Law | |
|630 N. Main | |
|Borger, TX 79007 | |

 RE: Case Number: 07-08-00152-CR
 Trial Court Case Number: 10036

 Style: John Wayne Jackson
 v.
 The State of Texas

 Dear Mr. Holmes:

 Appellant's brief filed on June 23, 2008, is premature and does
 not comply with Rule 38.1(d), (f), and (h) of the Texas Rules of
 Appellate Procedure. All subsections require references to the record
 which, since the clerk's record has not been filed, and is not due
 until July 29, 2008, cannot be determined. The Court hereby strikes
 Appellant's brief and directs counsel to re-brief with appropriate
 citations to the appellate record. Appellant's brief is due in
 accordance with Rule 38.6(a)(1) of the Texas Rules of Appellate
 Procedure. Appellee's brief will be due thirty days after Appellant's
 brief is filed.

 Very truly yours,

 PEGGY CULP, CLERK

 By: ____________________________

|xc: |Clay Ballman |